# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CALIFORNIA COMMUNITIES AGAINST TOXICS, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Respondents. | No. 21-1024 (consolidated with 21-1034) |

**STATE PETITIONERS' NON-BINDING STATEMENT OF ISSUES**

Pursuant to the Court's Order of January 26, 2021, the State of California, by and through Attorney General Xavier Becerra, and the California Air Resources Board; the States of Delaware, Illinois, Maryland, New Jersey, New York, Oregon, Rhode Island, Washington, and Wisconsin; the Commonwealths of Massachusetts, Pennsylvania, and Virginia; the Cities of Chicago and New York (collectively, "State Petitioners") submit the following non-binding, preliminary statement of issues to be raised in this case regarding the final rule of the United States Environmental Protection Agency ("EPA"), "Reclassification of Major Sources as

1

Area Sources Under Section 112 of the Clean Air Act," 85 Fed. Reg. 73,854 (Nov. 19, 2020) ("Final Rule").

1. Whether the Final Rule violates Section 112 of the Clean Air Act, 42 U.S.C. § 7412, or is arbitrary and capricious, because it allows major sources of hazardous air pollutants to be reclassified as non-major "area" sources and avoid congressionally mandated requirements applicable to major sources.

2. Whether EPA exceeded its statutory authority or acted unlawfully by allowing major sources of hazardous air pollutants to be reclassified as non-major "area" sources and avoid congressionally mandated requirements applicable to major sources.

3. Whether, even if major sources of hazardous air pollutants could reclassify as non-major "area" sources, EPA exceeded its statutory authority, acted unlawfully, or promulgated an arbitrary and capricious Final Rule by allowing such reclassification to automatically absolve a major source's obligation to achieve the "maximum degree of reductions" or otherwise permitting increases in the source's emissions.

4. Whether EPA exceeded its statutory authority or acted unlawfully by removing the requirement of federal enforceability from the regulatory definition of "potential to emit" at 40 C.F.R. section 63.2 through an "interim ministerial revision" without public notice and comment.

5. Whether the Final Rule is arbitrary and capricious because it removes the requirement of federal enforceability from the regulatory definition of "potential to emit" at 40 C.F.R. section 63.2 without providing an alternative means of ensuring enforceability.

6. Whether the Final Rule is arbitrary and capricious because it lacks factual support, ignores the concerns underlying the policy that it supersedes, and fails to address the rationale of the preceding policy rejecting an interpretation of Section 112 of the Clean Air Act, 42 U.S.C. § 7412 that allows major sources to be reclassified as non-major "area" sources.

Dated: Feb. 25, 2021  Respectfully Submitted,

FOR THE STATE OF CALIFORNIA

XAVIER BECERRA
Attorney General of California
ROBERT W. BYRNE
EDWARD H. OCHOA
Senior Assistant Attorneys General
MYUNG J. PARK
DAVID A. ZONANA
Supervising Deputy Attorneys General
KELLY WELCHANS
JONATHAN A. WIENER
Deputy Attorneys General

*/s/ Meredith J. Hankins*
MEREDITH J. HANKINS
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (213) 269-6177
Meredith.Hankins@doj.ca.gov

*Attorneys for Petitioner State of California, by and through its Attorney General Xavier Becerra, and California Air Resources Board*

| FOR THE STATE OF DELAWARE | FOR THE STATE OF ILLINOIS |
|---|---|
| KATHLEEN JENNINGS<br>Attorney General<br><br>*/s/ Christian Douglas Wright*<br>CHRISTIAN DOUGLAS WRIGHT<br>Director of Impact Litigation<br>VALERIE EDGE<br>JAMESON TWEEDIE<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>Tel: (302) 577-8600<br>Christian.Wright@delaware.gov<br>Valerie.Edge@delaware.gov<br>Jameson.Tweedie@delaware.gov<br><br>*Attorneys for Petitioner State of Delaware* | KWAME RAOUL<br>Attorney General<br>MATTHEW J. DUNN<br>Chief, Environmental Enforcement/Asbestos Litigation Division<br><br>*/s/ Daniel I. Rottenberg*<br>DANIEL I. ROTTENBERG<br>Assistant Attorney General<br>Office of the Attorney General<br>69 W. Washington Street, 18th Floor<br>Chicago, IL 60602<br>Tel: (312) 814-3816<br>drottenberg@atg.state.il.us<br><br>*Attorneys for Petitioner State of Illinois*<br><br>FOR THE STATE OF MARYLAND<br><br>BRIAN E. FROSH<br>Attorney General<br><br>*/s/ Joshua M. Segal*<br>JOSHUA M. SEGAL<br>Special Assistant Attorney General<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Tel: (410) 576-6446<br>jsegal@oag.state.md.us<br><br>*Attorneys for Petitioner State of Maryland* |

FOR THE COMMONWEALTH OF
MASSACHUSETTS

MAURA HEALEY
Attorney General

*/s/ Carol Iancu*
CAROL IANCU
Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
Tel: (617) 963-2428
Carol.Iancu@mass.gov

*Attorneys for Petitioner
Commonwealth of Massachusetts*


FOR THE STATE OF NEW JERSEY

GURBIR GREWAL
Attorney General

*/s/ Lisa Morelli*
LISA MORELLI
Deputy Attorney General
Division of Law
25 Market St., PO Box 093
Trenton, NJ 08625-093
Tel: (609) 376-2745
Lisa.Morelli@law.njoag.gov

*Attorneys for Petitioner State of New Jersey*

FOR THE STATE OF NEW YORK

LETITIA JAMES
Attorney General

*/s/ Gavin G. McCabe*
GAVIN G. MCCABE
BRIAN LUSIGNAN
Assistant Attorneys General
ASHLEY GREGOR
Special Assistant Attorney General
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, NY 10005
Tel: (212) 416-8469
Gavin.McCabe@ag.ny.gov

*Attorneys for Petitioner State of New York*

| | |
|---|---|
| FOR THE STATE OF OREGON<br><br>ELLEN F. ROSENBLUM<br>Attorney General<br><br>*/s/ Paul Garrahan*<br>PAUL GARRAHAN<br>Attorney-in-Charge<br>STEVE NOVICK<br>Special Assistant Attorney General<br>Natural Resources Section<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096<br>Tel: (503) 947-4593<br>Paul.Garrahan@doj.state.or.us<br>Steve.Novick@doj.state.or.us<br><br>*Attorneys for Petitioner State of Oregon* | FOR THE COMMONWEALTH OF PENNSYLVANIA<br><br>JOSH SHAPIRO<br>Attorney General<br>MICHAEL J. FISCHER<br>Chief Deputy Attorney General<br><br>*/s/ Ann R. Johnston*<br>ANN R. JOHNSTON<br>Senior Deputy Attorney General<br>Office of Attorney General<br>Strawberry Square<br>Harrisburg, PA 17120<br>Tel: (717) 857-2091<br>ajohnston@attorneygeneral.gov<br><br>*Attorneys for Petitioner Commonwealth of Pennsylvania*<br><br>FOR THE STATE OF RHODE ISLAND<br><br>PETER F. NERONHA<br>Attorney General<br><br>*/s/ Gregory S. Schultz*<br>GREGORY S. SCHULTZ<br>Special Assistant Attorney General<br>Rhode Island Office of Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>Tel: (401) 274-4400<br>gschultz@riag.ri.gov<br><br>*Attorneys for Petitioner State of Rhode Island* |

| | |
|---|---|
| FOR THE COMMONWEALTH OF VIRGINIA<br><br>MARK R. HERRING<br>Attorney General<br>PAUL KUGELMAN, JR.<br>Senior Assistant Attorney General<br>Chief, Environmental Section<br><br>*/s/ Caitlin C. G. O'Dwyer*<br>CAITLIN C. G. O'DWYER<br>Assistant Attorney General<br>Office of the Attorney General<br>Commonwealth of Virginia<br>202 North 9th Street<br>Richmond, VA 23219<br>Tel: (804) 786-1780<br>godwyer@oag.state.va.us<br><br>*Attorneys for Petitioner Commonwealth of Virginia* | FOR THE STATE OF WASHINGTON<br><br>ROBERT W. FERGUSON<br>Attorney General<br><br>*/s/ Emily C. Nelson*<br>EMILY C. NELSON<br>Assistant Attorney General<br>Washington State Attorney General's Office<br>P.O. Box 40117<br>Olympia, WA 98504<br>Tel: (360) 586-4607<br>Emily.Nelson@atg.wa.gov<br><br>*Attorneys for Petitioner State of Washington*<br><br><br>FOR THE STATE OF WISCONSIN<br><br>JOSHUA L. KAUL<br>Attorney General<br><br>*/s/ Lorraine C. Stoltzfus*<br>LORRAINE C. STOLTZFUS<br>BRADLEY J. MOTL<br>Assistant Attorneys General<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, WI 53707-7857<br>(608) 266-9226<br>stoltzfuslc@doj.state.wi.us<br><br>*Attorneys for Petitioner State of Wisconsin* |

| For the City of Chicago | For the City of New York |
|---|---|
| CELIA MEZA<br>Acting Corporation Counsel | JAMES E. JOHNSON<br>New York City Corporation Counsel |
| */s/ Benna Ruth Solomon*<br>BENNA RUTH SOLOMON<br>Deputy Corporation Counsel<br>REBECCA HIRSCH<br>Assistant Corporation Counsel<br>City of Chicago Department of Law<br>2 N. LaSalle Street, S. 580<br>Chicago, IL 60602<br>Tel: (312) 744-7764<br>Benna.Solomon@cityofchicago.org<br><br>*Attorneys for Petitioner City of Chicago* | */s/Christopher G. King*<br>CHRISTOPHER G. KING<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007<br>(212) 356-2074<br>cking@law.nyc.gov<br><br>*Attorneys for Petitioner City of New York* |

# CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2021, I electronically filed the foregoing Petitioners' Non-Binding Statement of Issues with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

*/s/ Meredith J. Hankins*
MEREDITH J. HANKINS
