# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 21-1024** | **September Term, 2024** |
| | EPA-85FR73854 |
| | Filed On: December 3, 2024 [2087701] |

California Communities Against Toxics, et al.,

      Petitioners

      v.

Environmental Protection Agency and Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency,

      Respondents

------------------------------

Consolidated with 21-1034

## O R D E R

Upon consideration of the unopposed motion to govern future proceedings, it is

**ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings by March 3, 2025.

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                         BY:    /s/
                                     Catherine J. Lavender
                                     Deputy Clerk