# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-1024**

**September Term, 2025**

**EPA-85FR73854**

**Filed On: December 5, 2025**

California Communities Against Toxics, et al.,

      Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency,

      Respondents

------------------------------

Air Permitting Forum, et al.,
          Intervenors

------------------------------

Consolidated with 21-1034

## O R D E R

Upon consideration of the motion of National Environmental Development Association's Clean Air Project to withdraw as an intervenor, it is

**ORDERED** that the motion be granted. The Clerk is directed to note the docket to reflect the withdrawal of National Environmental Development Association's Clean Air Project as an intervenor in these consolidated cases.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

      BY:    /s/
                Elbert Lestrade
                Deputy Clerk