**ORAL ARGUMENT SCHEDULED OCTOBER 5, 2026**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| CALIFORNIA COMMUNITIES AGAINST TOXICS, *et al.*<br><br>*Petitioners*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>*Respondents*. | Case No. 21-1024 (consolidated with No. 21-1034) |

**PETITIONERS' UNOPPOSED MOTION REGARDING ORAL ARGUMENT FORMAT**

The States of California, Delaware, Illinois, Maryland, New Jersey, New York, Oregon, Rhode Island, Washington and Wisconsin, Commonwealths of Massachusetts, and Virginia, and Cities of Chicago

and New York ("Governmental Petitioners")[1], and California Communities Against Toxics, Downwinders at Risk, Environmental Defense Fund, Environmental Integrity Project, Hoosier Environmental Council, Louisiana Bucket Brigade, Natural Resources Defense Council, Ohio Citizen Action, Sierra Club, and Texas Environmental Justice Advocacy Services ("Nongovernmental Petitioners") respectfully request that counsel for Governmental Petitioners and counsel for Nongovernmental Petitioners both be allowed to participate in oral argument for these consolidated cases, under Circuit Rule 34(c).

Governmental Petitioners and Nongovernmental Petitioners have distinct and separate interests in this case, warranting separate representation at argument. Petitioners do not seek to expand the overall time allotted for argument. If this motion is granted, petitioners will specify the precise division of time between counsel when filing Form 72.

---

[1] Petitioner Commonwealth of Pennsylvania takes no position on this motion.

Respondent U.S. Environmental Protection Agency has indicated that it takes no position as to this motion. Respondent-Intervenors Air Permitting Forum *et al*. have indicated that they do not object to this motion.

Dated: September 23, 2026

Respectfully submitted,

STATE OF CALIFORNIA

ROB BONTA
Attorney General

*/s/ Jonathan A. Wiener*
Jonathan A. Wiener
Kavita Lesser
Ryan Hoffman
Deputy Attorneys General
California Department of Justice
455 Golden Gate Ave., Ste. 11000
San Francisco, CA 94102
(415) 510-3549
Jonathan.Wiener@doj.ca.gov
*Attorneys for Petitioner State of California*

FOR THE STATE OF DELAWARE

KATHLEEN JENNINGS
Attorney General
Valerie Edge
Vanessa Kassab
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
Tel: (302) 577-8600
Valerie.Edge@delaware.gov
Vanessa.Kassab@delaware.gov
*Attorneys for Petitioner State of Delaware*

FOR THE STATE OF MARYLAND

ANTHONY G. BROWN
Attorney General
Steven J. Goldstein
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
Tel: (410) 576-6414
sgoldstein@oag.state.md.us
*Attorneys for Petitioner State of Maryland*

FOR THE STATE OF ILLINOIS

KWAME RAOUL
Attorney General
Elizabeth Dubats
Assistant Attorney General
Office of the Attorney General
69 W. Washington Street, 18th Floor
Chicago, IL 60602
Tel: (773) 590-6794
elizabeth.dubats@ilag.gov
*Attorneys for Petitioner State of Illinois*

FOR THE COMMONWEALTH OF MASSACHUSETTS

ANDREA CAMPBELL
Attorney General
Tracy Leigh Triplett
Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
Tel: (617) 727-9665
Tracy.Triplett@state.ma.gov
*Attorneys for Petitioner Commonwealth of Massachusetts*

FOR THE STATE OF NEW JERSEY

JENNIFER DAVENPORT
Acting Attorney General
Lisa Morelli
Deputy Attorney General
New Jersey Division of Law
25 Market St., PO Box 093
Trenton, NJ 08625-093
Tel: (609) 900-0782
Lisa.Morelli@law.njoag.gov
*Attorneys for Petitioner State of New Jersey*

FOR THE STATE OF NEW YORK

LETITIA JAMES
Attorney General
Ashley M. Gregor
Assistant Attorney General
Brian Lusignan
Assistant Solicitor General
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, NY 10005
Tel: (212) 416-8454
Ashley.Gregor@ag.ny.gov
Brian.Lusignan@ag.ny.gov
*Attorneys for Petitioner State of New York*

FOR THE STATE OF OREGON

DAN RAYFIELD
Attorney General
Paul Garrahan
Attorney-in-Charge
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Tel: (503) 947-4540
Paul.Garrahan@doj.state.or.us
*Attorneys for Petitioner State of Oregon*

FOR THE STATE OF RHODE ISLAND

PETER F. NERONHA
Attorney General
Nicholas M. Vaz
Special Assistant Attorneys General
Rhode Island Office of Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
nvaz@riag.ri.gov
*Attorney for Petitioner State of Rhode Island*

FOR THE STATE OF
WASHINGTON

NICHOLAS W. BROWN
Attorney General
Jennifer Slocum
Assistant Attorney General
Washington State Attorney
General's Office
P.O. Box 40117
Olympia, WA 98504
Tel: (360) 586-6770
jenna.slocum@atg.wa.gov
*Attorneys for Petitioner State of Washington*

FOR THE COMMONWEALTH
OF VIRGINIA

JAY JONES
Attorney General
Tillman J. Breckenridge
Solicitor General
Mikaela A. Phillips
Assistant Solicitor General
Office of the Attorney General
202 N. 9th Street
Richmond, Virginia 23219
(804) 786-7704
solicitorgeneral@oag.state.va.us
mphillips@oag.state.va.us
*Attorneys for Petitioner Commonwealth of Virginia*

FOR THE STATE OF
WISCONSIN

JOSHUA L. KAUL
Attorney General
Bradley J. Motl
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-9945
bradley.motl@wisdoj.gov
*Attorneys for Petitioner State of Wisconsin*

FOR THE CITY OF CHICAGO

MARY B. RICHARDSON-LOWRY
Corporation Counsel
Myriam Z. Kasper
Deputy Corporation Counsel
City of Chicago Department of
Law
2 N. LaSalle Street, S. 580
Chicago, IL 60602
Tel: (312) 744-3564
Myriam.Kasper@cityofchicago.org
*Attorneys for Petitioner City of Chicago*

FOR THE CITY OF NEW YORK

MURIEL GOODE-TRUFANT
New York City Corporation Counsel
Christopher G. King
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2074
cking@law.nyc.gov
*Attorneys for Petitioner City of New York*

Sanjay Narayan
Sierra Club Environmental Law Program
2101 Webster St., Ste. 1300
Oakland, CA 94612
(415) 977-5769
sanjay.narayan@sierrclub.org
*Counsel for Sierra Club*

Vickie L. Patton
Noha Haggag
Environmental Defense Fund
2060 Broadway, Ste. 300
Boulder CO 80302
(303) 447-7214
vpatton@edf.org
nhaggag@edf.org
*Counsel for Environmental Defense Fund*

James Samuel Pew
Earthjustice
1001 G. St., NW
Washington D.C. 20001
(202) 667-4500
jpew@earthjustice.org
*Counsel for California Communities Against Toxics, Downwinders at Risk, Environmental Integrity Project, Hoosier Environmental Council, Louisiana Bucket Brigade, Ohio Citizen Action, Sierra Club, and Texas Environmental Justice Advocacy Services*

John Walke
Emily Davis
Natural Resources Defense Council
1152 15th St., NW, Ste. 300
Washington D.C. 20005
(202) 289-6868
jwalke@nrdc.org
edavis@nrdc.org
*Counsel for Natural Resources Defense Council*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) and the typeface and type-style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6), respectively, because the motion contains 188 words, excluding exempted parts, and has been prepared in proportionally spaced typeface using Microsoft Word in Century Schoolbook 14-point font.

Dated: September 23, 2026 *<u>/s/ Jonathan A. Wiener</u>*

JONATHAN A. WIENER

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2026, I caused a copy of the foregoing **PETITIONERS' UNOPPOSED MOTION REGARDING ORAL ARGUMENT FORMAT** to be filed with the Clerk of the Court using the Court's CM/ECF system, and that, therefore, service was accomplished upon counsel of record by the Court's system.

*/s/ Jonathan A. Wiener*
JONATHAN A. WIENER