# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 21-1024** **September Term, 2026**

**EPA-85FR73854**

**Filed On: September 28, 2026** **[2195341]**

California Communities Against Toxics, et al.,

Petitioners

v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency,

Respondents

------------------------------

Air Permitting Forum, et al.,
Intervenors

------------------------------

Consolidated with 21-1034

**O R D E R**

Upon consideration of petitioners' unopposed motion regarding oral argument format, it is

**ORDERED** that the motion be granted.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk